# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
APPEAL NOS.:  2012-1373, -1374

HONEYWELL INTERNATIONAL INC. AND
HONEYWELL INTELLECTUAL PROPERTIES INC.,
*Plaintiffs-Appellees*,

v.

NOKIA CORPORATION, NOKIA, INC., SEIKO
EPSON CORPORATION, ARGUS, TOSHIBA
AMERICA, INC., ALL AROUND CO. LTD., BOEHYDIS
TECHNOLOGY CO. LTD. AND PICVUE
ELECTRONICS LIMITED,
*Defendants*,

v.

FUJIFILM CORPORATION AND FUJIFILM NORTH
AMERICA CORPORATION (formerly known as
FUJIFILM U.S.A., Inc.),
*Defendants-Appellants*,

and

SAMSUNG SDI CO. LTD. AND SAMSUNG SDI
AMERICA INC.,
*Defendants-Appellants*.

Appeals from the United States District Court for the
District of Delaware in Nos. 04-CV-1337, 04-CV-1338, 04-
CV-1536 and 05-CV-0874, Judge Leonard P. Stark.

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME

Pursuant to Federal Circuit Rule 26(b), Plaintiffs-Appellees Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively, "Honeywell") hereby move for a fourteen (14) day enlargement of time to file the Appellee's responsive brief.

Honeywell's responsive brief is due October 30, 2014. Honeywell requests a 14-day extension of time, until and to include November 13, 2014, in addition to the 40 days provided by the Federal Circuit Rules. No previous enlargement of time for the filing of this brief has been requested by or granted to the movant.

Honeywell has advised all parties that it is seeking an extension. Counsel for Defendants-Appellants have advised that they will not oppose this motion.

### CONCLUSION

For the foregoing reasons, Honeywell respectfully requests that an order be entered extending the period for it to file its responsive brief to and including November 13, 2014.

Dated:  October 23, 2014                    Respectfully submitted,


                                            /s/ *Peter N. Surdo*

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Peter N. Surdo
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Tel. (612) 349-8500
Fax: (612) 339-4181

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2014, I electronically filed the foregoing PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered users. In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail upon the following parties:

**BY E-MAIL**

| | |
|---|---|
| Matthew W. Siegal | Attorneys for Defendants-Appellants |
| Angie M. Hankins | FUJIFILM Corporation |
| Lawrence Rosenthal | FUJIFILM North America Corporation |
| Stroock & Stroock & Lavan LLP | |
| 180 Maiden Lane | |
| New York, New York 10038 | |
| Tel: (212) 806-5400 | |
| | |
| Stephen S. Korniczky | Attorneys for Defendant-Appellants |
| Michael Murphy | Samsung Display Co., Ltd., |
| Sheppard Mullin Richter & | Samsung SDI America, Inc. and |
| Hampton LLP | Samsung SDI Co., Ltd. |
| 12275 El Camino Real, Suite 200 | |
| San Diego, California 93120-2006 | |
| Tel: (858) 720-8900 | |

Dated: October 23, 2014                    /s/ Peter N. Surdo
                                                    Peter N. Surdo

# CERTIFICATE OF INTEREST

Counsel for Plaintiffs-Appellees certifies the following:

1.     The full name of every party or amicus represented by us are: Honeywell International Inc. and Honeywell Intellectual Properties Inc.

2.     The name of the real parties in interest represented by us are: Honeywell International Inc. and Honeywell Intellectual Properties Inc.

3.     Honeywell International Inc. and Honeywell Intellectual Properties Inc. are not owned by a parent corporation. No publicly held company owns 10% or more of Honeywell International Inc. or Honeywell Intellectual Properties Inc.

4.     The names of all law firms and the partners or associates that appeared for the party or amicus now represented by us in the trial court or agency or are expected to appear in this court are:

Robins, Kaplan, Miller & Ciresi L.L.P:
Martin R. Lueck, Matthew L. Woods, Stacie E. Oberts, Peter N. Surdo, Daniel M. White*[1], Lauren E. Wood*, Anthony A. Froio, Alan E. McKenna*, Ezra S. Gollogyly*, Jacob S. Zimmerman*, Marta M. Chou*, Jeremy C. McDiarmid*, Michael D. Okerlund*, Denise S. Rahne, Marc N. Henschke*, Michael J. Garko*, Ashwin Madia*, Emily Prentice*, Amy N. Softich*.

Morris, Nichols, Arsht & Tunnell LLP:
Thomas C. Grimm, Benjamin J. Schladweiler, Kristen Healey, Maria Granovsky, and Leslie A. Polizoti.

Ashby & Geddes, P.A.:
Steven J. Balick, John G. Day, and Lauren E. Maguire.

Respectfully submitted,

---

[1] Names marked with an asterisk (*) are individuals no longer with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P.

Dated: October 23, 2014                    /s/ Peter N. Surdo
                                           Peter N. Surdo